UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COLUMBIAN LIFE
INSURANCE COMPANY,

        Plaintiff,

        v.                          Case No. 22-C-14

XAVIER MARQUEZ,

        Defendant.

---

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES

---

The court considers and grants the parties' joint motion for an extension of scheduling order deadlines. **IT IS THEREFORE ORDERED** that the scheduling order is modified as follows:

1. All discovery in this case shall be completed **no later than February 15, 2023**;

2. Dispositive motions shall be served and filed **on or before March 15, 2023**;

The Clerk is directed to confer with the parties to schedule a final pretrial conference and jury trial, to be held at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201. Attorneys for all parties are required to appear in person at the final pretrial conference; parties need not appear but should be available by telephone.

Dated at Green Bay, Wisconsin this 4th day of November, 2022.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge